Timothy J. Murphy State Bar No. 54200
Jennifer K. Achtert, State Bar No. 197263
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, California 94111
Telephone:  (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
KRAM ENDEAVORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>                          Plaintiff,<br><br>          vs.<br><br>LOWE'S HIW, INC. dba LOWE'S #2499;<br>PARKWAY STERLING INVESTORS, LLC;<br>MARK RUIZ dba MCDONALD'S;<br>ROSANNA RUIZ dba MCDONALD'S;<br>FOREST PARKWAY, LP,<br><br>                          Defendants. | Case No. 2:09-CV-00864 WBS EFB<br><br>**JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT KRAM ENDEAVORS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  March 30, 2009<br>Trial Date: TBD |

Plaintiff, Lary Feezor, and Defendant, Kram Endeavors, Inc. (identified in the Complaint as "Mark Ruiz dba McDonald's" and "Rosanna Ruiz dba McDonald's") (collectively referred to hereinafter as "Defendant Kram"), by their respective counsel, submit their Joint and Agreed Upon Stipulation to provide Defendant Kram with an extension of time of thirty (30) days, until July 27, 2009, to submit its Answer or other responsive pleading to Plaintiff's Complaint, and in support of this Stipulation state as follows:

1.      On March 30, 2009, Plaintiff filed his Complaint in this matter which contains claims arising under Title III of the Americans With Disabilities Act and California Law.

/ / /

/ / /

2.      On or about June 5, 2009, Rosanna Ruiz was served with a copy of the Complaint and summons through service upon her registered agent.  Defendant Kram currently has until June 25, 2009, to file its Answer or other responsive pleading to the Complaint.

3.      Defendant Kram is currently investigating this matter and the requested extension will provide Defendant Kram with an opportunity to complete its investigation and explore the possibility of settlement.

4.      This Stipulation is not being submitted for the purpose of undue delay or for any improper purpose and, again, will provide the parties an opportunity to explore the possibility of an early settlement.  In addition, this Stipulation will not impact any existing scheduling dates.

WHEREFORE, Plaintiff, Lary Feezor,  and Defendant, Kram Endeavors, Inc., respectfully submit their Stipulation providing Defendant Kram with an extension of time until July 27, 2009, to submit its Answer or other responsive pleading to Plaintiff's Complaint.


IT IS SO STIPULATED:

DATED:  June 24, 2009                    DISABLED ADVOCACY GROUP, APLC


                                                        By: /s/ Lynn Hubbard, III (as authorized 6/24/09)
                                                            Attorneys for Plaintiff
                                                            LARY FEEZOR


DATED:  June 24, 2009                    FISHER & PHILLIPS LLP


                                                        By: /s/   Jennifer K. Achtert_____
                                                            Attorneys for Defendant
                                                            KRAM ENDEAVORS, INC.

1

<u>**ORDER**</u>

2

This matter having come before the Court on the parties' **JOINT AND AGREED**

3

**UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT KRAM TO**

4

**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, Defendant Kram Endeavors,

5

Inc. shall have until July 27, 2009, to submit its answer or other responsive pleading to

6

Plaintiff's Complaint.

7

8

    **IT IS SO ORDERED.**

9

10

DATED:   June 25, 2009

11

12

                    WILLIAM B. SHUBB

13

                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I am a citizen of the United States and a resident of Contra Costa County. I am over

3 the age of 18 and not a party to the within action.  My business address is One Embarcadero

4 Center, Suite 2340, San Francisco, CA  94111-3712.

5        On this date pursuant to the General Order on Electronic Filing of the Eastern District

6 of California, I electronically filed the foregoing **JOINT AND AGREED UPON**

7 **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT KRAM TO**

8 **ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER**

9  with the clerk of the Court using the CM/ECF filing system, which will send notification of

10 such filings to the following:

11

| | |
|---|---|
| Lynn Hubbard, III<br>ScottLynn J. Hubbard, IV<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, CA 95926 | _**Attorneys for Plaintiff**_<br><br>Telephone:      (530) 895-3252<br>Facsimile:       (530) 894-8244 |

12

13

14

15

16

17        I declare under penalty of perjury under the laws of the United States of America that

18 the foregoing is true and correct.

19        Executed on June 24, 2009, at San Francisco, California.

20

                                                  /s/ Carol S. Ferrari_____

21                                              Carol S. Ferrari

22

23

24

25

26

27

28

---

JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT KRAM         4
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER
SanFrancisco 109073.1