UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>LOWE'S HIW, INC. dba LOEW'S #2499; PARKWAY STERLING INVERTORS, LLC; MARK RUIZ dba McDONALD'S; ROSANNA RUIZ dba McDONALD'S; FOREST PARKWA, LP,<br><br>Defendants. | Case No. CIV.S-09-0864-WBS-EFB<br><br>ORDER RE: Stipulation to continue date by which to Dismiss Defendants |

## ORDER ON EXTENTION FOR DISMISSAL

Having read the foregoing *ex parte* application and good cause appearing therefore, the Court GRANTS the *ex parte* application and continues the date by which to Dismiss Defendant LOWE'S HIW, INC. dba LOWE'S #2499 and PARKWAY STERLING INVESTORS, LLC. to September 1, 2009.

Dated: August 11, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE