1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244
   Email: usdceast@hubslaw.com
5
   Attorneys for Plaintiff Lary Feezor
6
7  JEFFREY D. POLSKY, SBN 120975
   FOX ROTHSCHILD LLP
8  235 Pine Street, Suite 1500
   San Francisco, CA 94104
   Telephone: (415) 364-5540
9  Facsimile: (415) 391-4436
   Email: jpolsky@foxrothschild.com
10
11 Attorney for Defendants
   Lowe's HIW, Inc. and Parkway Sterling Investors, LLC
12

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16 | LARY FEEZOR | Case No. CIV. S-09-00864-WBS-EFB |

17    Plaintiff,
                                    **STIPULATION FOR DISMISSAL AND**
18 v.                               **[**~~PROPOSED~~**] ORDER THEREON**

19 LOWE'S HIW, INC. dba LOWE'S #2499;
   PARKWAY STERLING INVESTORS, LLC;
20 MARK RUIZ dba McDONALD'S; ROSANNA
   RUIZ  dba  McDONALD'S;  FOREST
21 PARKWAY, LP,

22    Defendants.
                                               /
23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant LOWE'S HIW, INC. dba LOWE'S #2499 and PARKWAY STERLING INVESTORS, LLC and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant LOWE'S HIW, INC. dba LOWE'S #2499 and PARKWAY STERLING INVESTORS, LLC *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant LOWE'S HIW, INC. dba LOWE'S #2499 and PARKWAY STERLING INVESTORS, LLC.

Dated: August 21, 2009        DISABLED ADVOCACY GROUP, APLC

*s/s Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff LARY FEEZOR

Dated: August 20, 2009        FOX ROTHSCHILDS LLP

*s/s Jeffrey D. Polsky*
JEFFREY D. POLSKY
Attorney for Defendants Lowe's HIW, Inc. and Parkway Sterling Investors, LLC

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-09-00864 WBS EFB, is hereby dismissed with prejudice **as to LOWE'S HIW, INC. dba LOWE'S #2499 and PARKWAY STERLING INVESTORS, LLC only.**

Dated: August 21, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal and [Proposed] Order Thereon
- 2 -
*Feezor v Lowe's HIW, Inc., et al.*
*CIV. S-09-00864-WBS-EFB*