1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com
5

6  Attorneys for Plaintiff Lary Feezor

7

8  TIMOTHY J. MURPHY, SBN 54200
   JENNIFER K. ACHTERT, SBN 197263
   FISHER & PHILLIPS LLP
9  ONE EMBARCADERO CENTER, SUITE 2340
   SAN FRANCISCO, CALIFORNIA 94111
10 Telephone: (415) 490-9000
   Facsimile:  (415) 490-9001
11 Email: jachtert@laborlawyers.com

12

13 Attorney for Defendants Mark and Rosanna Ruiz
   dba McDonald's

14

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18 | LARY FEEZOR,                                    | Case No. CIV. S-09-00864-WBS-EFB
19 |       Plaintiff,                                |
20 | v.                                              | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**
21 | LOWE'S HIW, INC. dba LOWE'S #2499;              |
22 | PARKWAY STERLING INVESTORS, LLC;                |
   | MARK RUIZ dba McDONALD'S; ROSANNA               |
23 | RUIZ dba McDONALD'S; ROSANNA RUIZ               |
   | dba McDONALD'S; FOREST PARKWAY,                 |
24 | LP,                                             |
25 |       Defendants.                               |
                                             /
26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARRY FEEZOR, and defendants, MARK RUIZ dba McDONALD'S and ROSANNA RUIZ dba McDONALD'S, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 16, 2009          DISABLED ADVOCACY GROUP, APLC


                                   *s/s Lynn Hubbard III*
                                   LYNN HUBBARD, III
                                   Attorney for Plaintiff

Dated: September 16, 2009          FISHER & PHILLIPS LLP


                                   *Jennifer K. Achtert*
                                   JENNIFER K. ACHTERT
                                   Attorney for Defendants Mark Ruiz and Rosanna Ruiz dba McDonald's

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-09-000864-WBS-EFB, is hereby dismissed with prejudice.

Dated: September 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE